1. Pltt Rpt/Supp
2. chron
3. Flood
4. witness test
5. econ + Greg Taylor
6. Law
7. life care plans/
8. Jury Verdict
9. Dr. Farlinger MD   IME's/records reviews
10. Claims work
11. Policy

Exhibit 19

Exhibit 19

Med. Major Case Specialist Rpt · 6/30/16 · Tony

1/10/15  Good Sam discharged
1/14/15  Lt ankle deltoid ligament tear
1/17/15  MRI Lt ankle
- possible comm. fx of navicular
- bone edema prox aspect 1, 2 + 3 cuneiforms



1/21/15  using crutches — most likely end up w/ some degree of
post traumatic arthritis long-term which may need
be addressed in future w/s

1/23/15  CT of Lt foot
- acute navicular fx w/ numerous comminuted
intra-artic. fxs extend'g throughout medial ⅓ of
navicular
- add'l small comm. fx fragments evolv'g
mid + lateral aspect of navicular

1/29/15  recommend open reduction internal fixation S
2/3/15  S —

2/16/15  doing well
3/16/15  doing good
4/13/15  " well — full weight bearing + normal footwear
might benefit w/orthotic

8/14/15  Dr. K refers to Colorado neuro behavioral
< no significant impairment in work environment
other than some difficulty w/pain upon stand'g too
long
< PTSD — mild — "as likely as not developed dur'g
head-on collision
< 6 sessions of brief therapy

8/31/15 Lt ankle still ~~sore~~

9/7/15 MRI

9/8/15 ot session at Col. neurobehavial

9/10/15 Lt ankle ~~same~~

9/15/15. PT Px 2x wk x 8 wks

9/18/15 feeling better — improving gait patterns + balance
w/o pain

9/22/15 PT feeling better

9/25/15 Worse b/c alot of standing/walking at Beer festival

10/5/15 PT overall improving — Lt ankle symptoms decreasing
~~overall~~

↓

12/23/15 Feeling better — minimal dysfunction

→ 11/13/15 (working day + night) no more achilles pain mild pain toward
end of long days

10/16/15 has hunting trip

11/28/15 minimal pain after extra - long day on feet at work
"ankle feels good after ~~typical day~~ typical work day"

12/16/15 still favoring when he jumps down from truck
bed.

good tolerance to impact training. Jog progression
appropriate to initiate at this time

Exhibit 19

MedMajor Case Specialist Rpt   6/30/16 , Claire
- feet trapped / needed extraction by EMS (10 min)
- pain 8/10
- chest pain (seat belt) (mild).

<u>Left</u>  - comminuted fx (displaced) of base of 1st metatarsal
X-Ray    w/intra-articular extent
- comminuted laterally displaced fx 3rd + 4th
  metatarsal heads .
  - non displ comm. transverse fx 5th metatarsal
    head w/lateral dislocation of 5th proximal
    interphalangeal joint
  - displaced fx along lateral base of 4th
    metatarsal
  - displaced fx of lateral aspect of cuboid
  - non-displaced fx along anterior aspect
    of calcaneus

Rt  ① medial displacement of major distal fragments
    comm. displaced fx of base of 1st metatarsal
    w/ intra-articular extent
- maybe non-disp fx of 2nd metatarsal

< Good Sam  1/10/15 — 1/13/15
    - closed fx of metatarsal neck 2nd 3rd and 4th in Rt
    + 1st Left.

1/29/15 — return to work est. 4/19/15

S end Jan/1st Feb — short leg cast

Saw Koldenhoven 2/16, 2/19 (pin appears coming out from ft bottom)
2/19, 3/2/15 (Doing well mild post-op pain) can start
back at work in regular shoe on rt foot in 2 wks.
3/30 incision healing; weight bearing
5/13/15 Lt ft – stable alignment recommend screw removal
         cont. weightbearing in shoes
7/10/15 screw removed rt foot
7/29/15 improving; no post-op complications; mild post-op pain
         having knee instability since MVA
8/13/15 Knee pain worsening; unstable
8/18/15 · Colorado Neurobehavial
         · instantaneous MVA → saw vehicle + closed eyes
recommend 6  · can only wear flats or athletic shoes + flip-flops
brief sessions
of therapy  · currently experience nerve damage
         · ambulated w/o any sign. difficulty
         · no sign gait disturbance when walking
         < · wearing flip-flops + feet visably scarred

         assessment: PTSD, moderate, as likely as not
         developed during head-on collision.
⚡9/1/15   Lt Knee developed 4 mo b/f — JUNE
         * onset of pain was sudden < → demand says
                                         rebooked Dominican
                                         trip from Feb 2015 to June
9/9/15 needs Knee surg.

10/1/15 PTSD F/U
all Knee then 3/28/16 Dr. Koldenhoven - Px wants hardware out
pain Rt foot when wears certain shoes
4/15/16 had hardware removed

Exhibit 19

Records Review + IME for Dr. Mark Failinger MD
Claire Lobato

## IME (11/16/18)
- feet greatly affect her life
- done well from fx's
- no sign F/us + no future F'u's
- Dr. didn't notice any significant problems w/walking
- not likely need further knee (Lt) care
- may develop arth, particular in rt ft.
- not medically probable w/need fusion
- unknown how often will need imaging

## Record Review (10/21/18)

Rt
- 1st metatarsal base fx will likely develop arthritis
- Lisfranc + ↑ will likely achiness or discomfort (depends on px)
- no certainty will need fusion — if fused no sign biomechanical alteration

Lt
- calcaneal fx will heal w/o sequelae
- not likely will have arth w/cuboid
- fusion only possible → if sign lifestyle limitation

Knee
- need knee dislocation for ACL
- no evid of "
- not med. probable caused by MVA
- .
  < massage therapy not standard of car

Exhibit 19

Exhibit 19

Records Revw / IME   Dr. Mark S Farlinger MD
              (Tony Labato)

IME
  • has higher chance of developing arthritis
    but doesn't always lead to symptomatology
    nor necessity for future treatmt

  • couldn't find any study indicating more likely
    than not px would have to undergo
    talonavicular fusion — but is at risk

  • if or when arthritis progresses (based on pathology
    + symptomatology — b/c symptoms variable
    b/w px cannot say pp will need a specific
    number of X-Rays, MRI, CT or Surg w/any
    certainty

  • may need future injections / or fusion
    (but fusion not medically probable)

Records Review
    12/22/15 (Proaxis Therapy) px tried interval
    jogging with minimal issues — didn't not any
    extreme difficulty w/ jogging or cutting and
    running fast anymore   but still quite a bit
    of difficulty

    massage + acupuncture are not the standard of care
    in treating a talonavicular arthritis

Exhibit 19

# Plitt affirmative opinions

① T reas. + approp. processed UIM claims
- reas/periodic communications
- RS Tony
- attempted learn SF Pol limits
- available MPC discussed (early)

- <u>many</u> attempts F/U for med info — see sep. sheet
- sent med release — not returned

< give demand "at some point"

- when got demands 6/15/16
   < submit for nurse review
   < made settlemt offers
- when got life care plans (claim 7/6/17)
   and econ analysis        ( tony 7/26/17)

- 8/3/16 makes offers of <u>undisputed</u>
- when unreas. demanded pre-judgmt interest
   T objected but paid to move claim along (11/30/16)
- when told about more treatment — T independently
   cut add'l ths. (10/2/17)

- When like care plans — eval + increased paymts
   C = 76,021.64
   T = 175,175.33

- paid back MPC when court ruling/opinion

Exhibit 19

Plitt aff. op #2

② T complied ind. standard, custom + practice

③ Value fairly debatable (see sheet)

    • got 50K each from SF

      C                      T

     50,000             50,000

                                  / lost wages

    • 50K plus T $ more than paid meds  rest – P+S
     + non-economic

    • T paid to date   260,884.33 (incl SF #)
    • C paid  "   "    517,580.62 (incl SF$)
    • MRC is add'l $  even though no offset

④ Misrep/concealmt

Exhibit 19

Settlement/payment offers

① 3/12/16 DS offers pay advance 50K of 8F settlement
   86

② CN att not responded to advance offer — att says
   will submit 4.1M demand
②a Newcomb → DS not necessary to advance payment

③ 6/15/16 Demands 350K (Tony) 1M (Claire)
            Demands 1M ⅝ (Clair)

④ 8/2/16 DS
         T = 25K new $ ( 80K on 24K meds)
         C = 320K " " (375K on 116K meds)

⑤ DS takes 8/3/16 att e/m asking if undisputed
   as being rejection

⑥ DS then offers
         T — 24K advance on past meds
         C — 150,750 " " * " and wages

         * says will pay — who payee

⑦ 9/8/16 Newcomb Ltr asks for 9% pre-judgment interest
   9/20/16 DS — only awarded after verdict

⑧ 11/17/16
   new case came out ( 11/7/16 - decided) saying can't offset
   MPC so paid add'l 5K to each

⑨ 11/30/16 even though not req. pay pre-jud, to get
   settled agrees pay

⑩ told about more bills — paid 10/2/17

⑪ 11/21/17  based on life care plan + econ  pays add'l :
      claire 76,021.64  (now total is 467,580.62)

      tonty 175,175.33  (now total 210,884.33)  .

Fair Debatability on Value (Tony Lobato)

① Coverage Issue

② Same With house purchase — 3 story/stairs

③ currently fly fishes, gone hunting, jog's, ~~1x per quarter~~ Elk 2015 → hiked 2-3 miles w/back-pack

④ traveled — Cabo MX (wife? — she didn't mention)
1-2 hrs per day walking — Greece, Croatia
stood 3-4 hrs per day — Dom. Rep
— Florida + Mass

⑤ Colo neuro behavioral
   • no sign impairment in work environment other than some diff. w/pain on standing too long
   • PTSD — mild  maybe/maybe not caused

⑥ Work/Med records (PT + Meds show good progression)
   • 11/13/15 (working day + night) mild pain during end of days
   • 11/28/15 minimal pain after extra - long day on feet at work "ankle feels good after typical work day"
   • 12/16/15 still favoring when he jumps down from truck bed
   • good tolerance to impact training. Jog progression appropriate to initiate

⑦ 60% desk - 40% field — average 3-4 hrs standing
⑧ took less than 3 wks off work

     Exhibit 19

Exhibit 19

Fair Debatability Value (tony) #2

(9) Medical —   Dr. Nagaman's — at risk for post-tram
                arthritis (some px need conservative others
                need S)
                - possibility of need for fusion

Dr. Koldenhoven
    - more than 50% px will get arthritis
    - he has moderate arth.
    (· fusion very high = 80% +
    (· Mr. L. fusion more than 50%
    { · will have permant problems
    {   standing + walking

*hasn't seen depo*

Dr. Mark Failinger
    · regarding Dr. K opinion 80% probable
      for fusion — Dr F says no literature
      supports that high a %   or even
      greater than 50%

    · cites text that less than ⅓ go on
      to fusion w/ navicular fx

    · no rational say need injections every
      6 mo
    · Mr. would not require lawn + yard
      care
    · no massage  < Dr. K agrees

Exhibit 19

## Fair Debatability on Value (Claire Lobato)
   treatment

① not currently seeing any Dr. — last x middle 2016
   (depo 8/22/18 — 23/18 - 26/25) < currently not taking pain meds

② activity - Post MVA

    a) travel — **France** 2017 (Louvre, Arc de triomphe,
                 Notre Dame, Euffel Tower, Versailles)
                 + other places

photo standing on box
in front of Louvre
heeled boots

                 walked up to 4 hrs per day
                 walked up flights of stairs (top of
wearing heels at
wedding rehearsal and   arc de triomphe 254 steps + Notre Dame 387 steps)
Vegas and Wedding       no balance problems

                 **Dominican Republic** June 2015 - more than
                 1 wk
        - dancing
        . ocean boat cruise
        - walking/hiking thru forest to lagoon

                 **Greece** (Athens, Crete, Santorini) and
                 **Croatia** 14-15 days   May 2018
        . walked several hours
        • even/uneven surfaces up/down stairs
        . Parthenon — ground surface "mostly paved..
          very steep + slick... "
        . no trouble w/balance
        - 5 - 10 minute breaks

                 **Las Vegas**   July 20, 2016
        • heels at bridal party and elsewhere

Exhibit 19

Claire Fairly Debatable 2

Boston

Disney Springs Florida

b) other big activities
- 4 weeks after MVA attended concert
  (14 days post surg) – wheelchair  2/15/15
- Telluride Horror Show – walked back/forth
  to hotel to movie on dirt trail
  Oct 2015

*Hobbies b/4 + after MVA – movies + concerts*

- Colo garden + home show  2/2018 walked
  around for couple hrs
- concert at Red Rocks – Lumineers concert
  6/8/16  there were alot of steps

*rest when back at work – couldn't physically do same things as b/4 MVA*
*- Travel ?*

③ Work (lost earning)
- voluntarily quite
- was earning same after return
- no opportunities for advance  period ! not b/c inj
- no Dr. put her on restriction

*when quits but now there are opportunities*

*resigned b/4 preg. but when left was pregnant*
*But were trying for kids b/4*

< quit to go to nursing school  or  be stay at
  home mom.
< has no work restrictions accord her depo

④ household service
- does cleaning herself
- already hired house cleaner

⑤ medical/future
  Dr. Nagamani – fusion possible
                – pain variable w/px
                – will have some level of residuals
                  (can't be specific)

HEP – home exercise plan

Exhibit 19

Fair Debatability    Claim #3

Nagamani
cont.
- should be able do reas. activities of daily living

Dr. Koldenhoven
- high likelihood need future fusion b/w (5-50yrs out) (based on activity/desire)
- she doing better then most of his px
- Knee related b/c she says no instability b/f MVA

- not restricted w/any activities including lifting 50 lbs

Dr. Failinger
- no studies indicate likely probability of fusion w/her fx + L usfranc
- fusion left foot - high probability will develop sign arthritis — treat conservatively w/meds
- not likely MVA caused ACL

Life Care Plan disagreement
Economist          "

⑥ Bought 3 story house 2/2017 ? — ie stairs

⑦ ✱ Because of Coverage issue

⑨ told friends on facebook w/feet pic. on 2/5/15 she was doing pretty well and almost pain free

⑩ Dr. K 3/30/15 off note – doing well, no post-op complications

Exhibit 19

Exhibit 19

① promised demand on 2/4/15, 12/21/15 but not until **18 months** after MVI

② T F/U for med records/info 8x without success

## Appropriate F/U Before 6/15/16

Demands

1/13/15 spoke w/Tony

1/15/15 spoke w/Claire

1/22/15 spoke both

2/9/15 - att says will gather all records + UIM demand when appropriate

2/10/15 - very little med info given by att

3/24/15 F/U on status

4/22/15 F/U att on status — (looks like good recovery)

9/18/15 F/U demand sent IF insurer ? offers

> att calls 9/30/15 says is going to make demand 50/100 limits — Claire approx 200K bills "and a little less for Anthony" apologized for not providing sooner.

10/28/15 Stoebel → att (Ltr) asks for various med records for both

10/29/15 att → will send demand at some point

12/14/15 S. → att (call) F/U on med records + bills + lost wages

12/21/15 S → att F/U
- att says demand coming
- Tony 25K bills
- Claire north of 100K bills

3/2/16 DS → att
- provide all meds (records/bills) for clients

4/4/16 DS → att (same ↑)          (OVER)

Exhibit 19

9/20/16 when att challenges (tony) DS asks for any add'l records showing add'l care or any add'l records which affect value for Tony

11/28/16 DS → att < b/c stopped treating no add'l $ for future med expense, please provide add'l so DS can further eval.

| 1/27/17 | DS → att F/U on 11/28/16 reg. med records + bills |
| 3/13/17 | CN - no meds |
| 5/11/17 | CN - no meds |

2/3/17 will do life care plan.
↑
6/2/17 DS → att haven't heard since 2/17 update?

6/29/17 DS → att
• att trying say T says fully comp for inj but
• DS say he has been asking for more records w/o resp. eval based on what had

8/4/17 DS → att reg. add'l records as reflected in life care plan (Claire)
8/11/17 DS → att     "     "     "     (Tony)

9/26/17 DS → att F/U on ltrs 8/11/17 & 8/29/17 reg. add'l records
F/U Tax Id to pay add'l expenses

Exhibit 19

Lobato Chron

Date of Loss  1/10/15

1/12/15 Notice of Loss – Tort. swerved into on-coming traffi

1/13/15 adj Derrick Roberts > spoke Tony
- talks Anthony
- injured ankle from impact
- no fx
- released same day
- no prior ankle problems

< GF Claire Fassio
- left ankle no fx

1/15/15 MPC (Karen White)
< Claire
– admitted Good Sam
– 2 broken feet
– surgery for both ft etsch 1/20
– using wheel chair
– 5K MPC

1/22/15 CN – adj → Claire/Tony
- surg yesterday
- doing well okay

< tony – doing OK
- found fx Lft foot – will need S

Exhibit 19

Exhibit 19

Lobelo Chron #2

2/7/15 MPC exhausted — sends payment log to claire

2/9/15 att Andrew Newcomb Ltr Rep

2/9/15 e-m "as far as a UIM claim, there will most likely
be a need for it. However, until the clients are
released at MMI and we settle with the liab.
carrier, there's really nothing to be done. When
the time comes that need to make UIM claim
we will send you a demand w/all the med records
and itemized bills"

2/10/15 adj (Derek Dominguez) → att asks for claire
• nature of injuries
• names of Drs. + Hosp
• med expenses incurred

2/10/15 adj called Tony expl. coverages
2/10/15 other than saying Tony foot crushed + Claire had
5 on both feet b/c crushed — didn't share any
more info

3/8/15 MPC for Tony exhausted

3/24/15 adj → att F/U status of tony — tortfeasor
insurer has not released limits info

4/22/15 F/U att on status
Tony • limits not offered yet
• Tony released from PT as of 4/13/15. He feels fine now
• unknown bills to date
claire • F/U Re: appointmt for may to get pins removed
• no other treatment other than PT

Exhibit 19

Exhibit 19

Lobato Chron # 3

6/8/15  adj F/U on claim  LVMCB
9/18/15   "    "    "    "

9/30/15  att apologizes for not reporting sooner
  • going make demand tortfeasor
  • 50/100 limits
  • Claire has approx 200k bills
  • Tony a little less

    < adj advises file will be reassigned b/c of exposure
10/7/15  adj (Ej Arredondo) intos self

_____

10/27/15  Don Stoebel revues recaplate med records
  • Claire
      < admitted 1/10 - 1/13/15
      < rt ft comminuted 1st + 2nd metatarsal fx
      < Lt ft fx 2-5 metatarsels; cuboid + calcaneus f
      < S - apen reduction

  • Tony
      < S 2/13/15
      < last treatment date 3/16/15
      < discharged PT 4/13/15

calls —  • SF confirms 50/100 reg. dec pg.

10/28/15  Stoebel requests various med records both

10/29/15  Ken Burks (att) → Stoebel
           —at some point will make a UIM demand
           – still pursuing settlement of liab claim.

Exhibit 19

Lobato Chron #4

12/14/15  S F/U bills injuries + wages

12/21/15  att says demand coming w/in week

2/24/15  att → Ej Arrendondo  — says settled w/tortfeasor
for limits

3/22/16  DS → att T willing to advance pay = to
50K  SF settlent

4/4/16  CN att says got SF 50K check
DS asks for SF Dec pg.  + bills/records

6/15/16  Demand Ltr. (Tony)
- 2/3/15  S w/internal fixation
- 3/16/15  told stop using crutches use boot
- 4/14/15  Dr. says doing well
- 8/14/15  PTSD

< moved in w/parents
< mother bathed him
< prior – hiking + fishing (fly) – after couldn't
fly fish b/c couldn't wade into current
ceased  "this has had a profound effect on
his quality of life."
< other hobbies : camping ; music festivals/concert
now – largely curtailed
< planned advance to pres. + CEO of family const.
bus.
* 23,994.40 medicals // 350K for his

Exhibit 19

Exhibit 19

Lobato Chron #5

6/15/16 Demand Ltr (Claire)
- 8 out of 10 ft pain
- comminuted displaced fx
- S 1/20/15 both feet
- Dr. K oldenhoven pleased w/S result
- 3/2/15 pins removed Rt foot
- 3/30/15 imaging showed healing both ft
- 7/10/15 screw removed Rt ft
- 8/13/15 Lt Knee pain (ACL tear)
- 9/30/15 S ACL repair

8/18/15 PTSD dx
10/6/15 began PT

* med specials $116,922.38

< affected
- career path w CSL Plasma
- didn't get promotion
- couldn't do an audit
- couldn't help ee
- given opportunity to help others in another state but "remains unable to travel b/c she is req. to do PT 2x wk"
- if no MVA she would be the leading candidate for center mgr positions 10K diff
< had to resch trip to Dom Rep from 2/15 to 6/15

$ 1M demand for her

Exhibit 19

Exhibit 19

Lobato Chron #6

7/12/16  Nurse reviews done

7/18/16  DS reviews records  (Tony)
7/19/16  DS    "        "     (Claire)

7/21/16  DS  acknowledges Demands

7/22/16  DS — Based on Jury Research
(Tony)      · (24K) med specials
            · no other econ. damages
            · P+S (24K)
            · scaring – top of ft

            Settlemt range  27K – 100K

(Claire)    · 117K med specials
            · 10K future med exp
            · 35K lost wages
            · econ. range  152K – 162K
            · non-econ (based on jury research) P+S
              = 75K – 125K
            · perm. impairment/scarring  75K – 125K

        Low = 247K    Mid-range = ~~355~~ 357    High 485K


7/22/16  DS trying get copies of missing records (1992-93)

7/25/16  DS saw photos of scarring

Exhibit 19

Lobato Chron #7

8/2/16   DS makes offers
         Tony    25K new money    = 80K    on 24k+ meds
         Claire  320,085  " "      = 375,085  on 116K+ meds

8/3/16  att asks if these are undisputed amounts

8/4/16  DS → <u>No</u>, not undisputed
        · under Colo law willing to advance <u>Mr. L</u>
          24K in past medicals
        · advance 150,750 in past meds + wages <u>C</u>
          (117K meds + 33,750 wages) overpay

8/4/16  will pay — who to pay ?
        med expenses undisputed = T
         "    "   + wages undisptd = C

8/25/16  CN  got new PT for <u>C</u> — making good progress
         various notes Id'd [about good progress]

9/8/16  Newcomb → DS
        · disagrees DS concl. PT records show "good recovery"
          b/c not fully recovered/continues to <u>actively</u> inhibit
          T work + lifestyle
        · refers back to Koldenhoven notes <u>from 1yr prior</u>
        · Dr. K says <u>may</u> develop post-traumatic arth.

        < provide jury research
        < no reference to PTSD
        < no consideration 9% pre-judgment interest

        < stays at demand

Exhibit 19

Exhibit 19

Lobato Chron #8

9/20/16   DS ⟶ Newcomb
- Say inj not resolved but med records provided
  show no treatment w/Ortho surgeon Dr. K
  since 9/10/15 ~~of subseq. records pls. provid~~

- ATI PT ~~show gradual improvement~~ from
  10/30/15 to 12/23/15. — 12/23/15 PT note
  says " Feeling better ..., Doing well today ...,
  ~~attempted interval jogging w/minimal~~
  ~~issue."~~ The assessment was " Px with
  minimal dysfunction at this time,
  independant with HEP (home exercise
  program.)

  ~~if there is subseq. tx please provide~~

- Newcomb indicates "it is clear from his
  contemporaneously completed scale that
  he continues to struggle w/ functional
  ability in the ankle nearly 2 yrs post-
  inj." But
  < 12/23/15 Lower Extremity Functional Scale
  showed much improvement over scale
  dated 9/15/15. Also no eval since
  12/23/15.

- Tony no longer Tx

Exhibit 19

# Lobato Chron # 9

9/20/16 cont. (2046-48)

< provides jury verdict research
< 1-to-1 p+s with specials

- PTSD - records from Colorado Neurobeha Health show mild symptoms (8/14/15) Dr. K says "PTSD, mild," as likely as likely as not developed during [MVA] no indication of further Tx since 10/9/15

- 9% interest - only awarded post- verdict when award entered

DS believes properly eval. but provide add'l records

11/17/16 DS → att                    11/7/16 (decided)
· new case just out saying can't offset
[unsolicited] MPC
· sends ck to each for 5,000

11/28/16 att → DS
[there is clear pattern from what provided] · Says DS only provided 1 pg table of jury research
· att has looked at entire yr of verdict research
+ only found found no pattern

·

Exhibit 19

Lobato Chron #10

11/30/16  DS → att even though not reg. pay pre-jud
          will pay to get settled

1/27/16  DS → att F/U on 11/28/16 reg. med rec + bills

2/3/17  att → DS
        • in process of completing a life care plan
        • working thru your comparative verdicts

3/13/17  DS still waiting for att prod. add'l meds
6/2/17  DS → att F/U b/c heard nothing since 2/3/17

6/29/17  DS → att
         • disagrees that T believes it has fully comp
           T/C — its contrary: based on records
           provided and repeatedly req. updates
         • nothing new given

7/27/17  DS gets life care plan for Claire
7/31/17  DS sends for medical direction — assigned
         to J. Simoes RN / Nurse Referral

8/4/17  DS → att reg updated treatmt records
        • have now paid 381,182 (claire) 35,175 (tony)
        • remaing limits = 583,643

8/10/17  DS sends Tony life care plan for med. mgmt



Exhibit 19

Lobato Chron #11

8/22/17  att → DS
· sends add'l records for Claire
· new total bills for Claire #124,841.38

8/29/17  DS sends ↑ to Med record review

8/29/17  DS → att — sends att add'l # for Claire
med bills

8/30/17  DS CN  (T Lobato)  Life care plan
· much spec.
· another S 50/50 > not med certainty
< · have defense ortho reviewing
< · alleged futures not needs based
· Dr. K not reported on all items
< · have economist look at lost earnings

9/11/17  att → DS
· gives 3 alternative Drs. for review

9/25/17  Conf w/ def. counsel; accountant/econ taylor
+ orth Dr.

9/26/17  DS → att
· consulted Dr. Nagamani — want him examine
Lobato's
· F/U on prior req. med records
· still need tax Id # for firm to issue
$ for add'l med expenses.

9/29/17  att provides add'l med records

Exhibit 19

Exhibit 19

Lobato Chron #12

9/29/17 cont. · responds saying have all meds for Ms L

· willig to mediate w/ Judge Brook

9/29/17 DS review of Tony records (add'l)
· post-traumatic arth. Lt ankle
· Lt ft still causing pain
· pain mild to moderate — not taking med. for pain
· 100% weight bearing
· shown improvent in activity level
· no fx complications.

· exam by Dr. K = mid-foot swelling. Tenderness
   < increased pain w/soreness at jt.
   < likely will need further S intervention
      (navicular fusion) based on amount of arth.
   < will be chronic

10/2/17 DS → att
· need missing records (Id's them)
· pay #509
· doesn't have all records ats att. says

10/6/17 att → DS no mediation b/c worth more
   than LM

IME scheduled and done

11/20/17 Greg Taylor requests interview w/ Lobato

Exhibit 19

Lobato Chron #13

11/20/17 Taylor report — shows no loss of earning
capacity
See analysis

11/21/17 DS (CN) based on econ rpt on life care plan
+ cal.
following
IME +
Taylor
• add'l amount 76,021.64 (average b/w
low end of 21,202 and high of 52,100)
less 10K pre-paid

• now total pay Claire = 467,580.62

11/21/17 DS (CN) same↑ now add'l pay Tony
• 175,175.33 (total paid 210,884.33)

11/21/17 DS → att explains new payment and breakdown

12/5/17 att Dan Murphy lets Newcomb know
he was assisting



Exhibit 19

# Clare Lobato (8/22/18)



① not currently empl 16/4 - 18/20

② not currently seeing any Dr. may have seen Dr. Koldenhoven in middle of 2016  23/18 - 26/25

③ she doesn't recall if there was something she was unhappy about that prompted the T lawsuit  55/23 - 61/1

④ last employed at CSL Plasma - started there in May 09 & last worked 12/16 when she resigned — all her perf reviews were positive — she could still be working there but isn't sure she would have been promoted 68/6 - 72/25 she was assistant mgr.
  - her mgr was Alan Cordero
  - she left b/c didn't see herself growing in co like org. thought
  - does <u>not</u> recall what told to life care planner where said left so could go to nursing school  Id

⑤ says b/c of injuries the co/Plasma went thru critical audits which she miss & those were required for her to move forward & grow w/CSL Plasma

⑥ no Dr. has told her she can't have a job & she currently has no work restrictions  95/20 - 99/3 agrees med. cond not preventing her from having a job  Id

⑦ med cond. <u>does not</u> prevent her from going to school  Id

⑧ not empl by her choice  Id - stay at home mom.

⑨ honeymoon May 2017 - 14-15 days in Greece & Croatia 99/4 - 102/23
  - didn't use T off for vacation
  - they walked around various sites - walked more than 1mi each day
  111/4 -120/22 • went to Boston • went to Paris in Jan 2017 (did more walking than normally does) may have walked as much as 4 hrs per day. walked up stairs
  • no problems w/balance on honeymoon or paris — ~~didn~~
  120/23 -125/25 • did need to take breaks

⑩ currently not taking any pain meds  128/6 - 129/25

⑪ she & Anthony went to Dominican Republic 2015

⑫ b/f MVA  • in volleyball league
  • on feet for work (considers exercise)
  • go for hikes occasionally
  139/13 - 144/6  • he hobbies b/4 <u>and</u> after MVA was going movies + concerts

⑬ she does most of the house cleaning plus a cleaner that comes in 1x per month who does 80% of the cleaning  146/4 - 148/4

⑭ weddy website: he proposed while they waded into water of the Eagle River — had to walk on rocks

⑮ Exh6 attended Telluride Horror Show on 10/18/15 (film festival)
  183/12 - 186/12 • had to cross bridge (Exh 7) and take a dirt trail to get to theater 186/13 - 190/15

⑯ Exh 8 - attended concert at Red Rocks at a Lumineers concert 6/8/16 alot of steps  Id
  Exh 9 - having fun at Red Rocks  Exh 10 from bachelorette party 190/16 - 196/20
  Exh 11 smiling while spray painting mason jars for weddy  196/21 - 200/6
  Exh 12 ~~smily~~ at Eiffel Tower 200/7 - 204/25

     Exhibit 19

Exh 20 – Movie premier w/tony for Rough Night
Exh 21 – went to Colo Garden + Home Show – Feb 2018 – there a couple hrs
    walked for more than a couple hrs
Exh 22 – she + tony Croatia 5/18/18           217/12 – 225/17
Exh 23 – 3/n/18 play Hamilton in Denver

also vacation to Las Vegas 232/17 – 239/2

2/5/15 pg 13 of Exh 25 (facebook pgs) – picture of feet on 2/5/15 – comment to one
    of her friends that she was doing pretty good + almost pain free
    283/21 – 288/13

3/30/15 Dr. Koldenhoven off. note – she is doing well + there were no post-op
    complications – pain mild → can see why T read as she was
    recovering well from surgery 288/14 – 294/18

[20 - 21] goes over med record notes
[22 - 23]

went back to work 3mo after MVA b/c they weren't going to hold her
    job open indefinitely
      • couldn't do some things physically as did b/c MVA
      • had same rate of pay after MVA
      • she made around 40k    350/3 – 350/3

Exhibit 19

Anthony Lobato (8/24/18)

1. works for Lobato Construction for 5 yrs — there are 4 owners (father, himself, his brother-in-law and Darein Henni, father owns 51% he owns 5%) 20/16-21/8

2. project mgr (coordinates const, purchasing materials, field coordination
   · does field visits + inspections - 60% desk job 40% field) 21/9-23/11
   · walks 3-4 hrs a day for job id
   · walks on dirt, unstable surfaces id
   · at x MVA job was the same 23/12-24/5

3. can't recall how much time off work after MVA — less than 3 wks 24/6-25/4
   · when returned work was limited b/c on crutches + boot, pain + meds made hard work normal day 25/5-26/6
   · when returned work he worked 5-6 hrs per day 26/18-28/13

4. on average he spends 3-4 hrs standing 28/14-39/9 has fallen at work id

5. b/4 MVA · Fly Fished 1x mo. · jogged 1x mo · hiked 31/5-33/7 33/8-34/20

6. went to Greece + Croatia for honeymoon — b/4 that to Florida for thanksgiving, also they went to Boston and Dominican Republic
   —walked 1-2 hrs per day/stood maybe 3-4 hrs day 43/15-45/8

7. tried going elk hunting for 3days but pain got worse each day 47/15-51/22

8. Fly fishing — b/4 MVA would go sunrise to sunset for weekend — now limited hrs 54/3-54/9 proposed to wife while fishing — easy access to location 55/10-58/15
   · Exh 43 — claim letter to T — he approved it b/4 went out
   · Says unable hike rough terrain
   · unable to fly-fish by wading in stream w/the current 58/16-61/14
   · b/4 MVA could wade in waist high id
   · correct when Ltr written couldn't do fly fishing (6/15/16) now just can't do it in same way as b/4 but as of 6/15/16 he had been fly fishing 61/15-63/11 He goes fly fishing now quarterly but then says only Fly Fish 1x since 6/15/16 id

9. pain every day which varies 69/18-72/22

10. acknowledges duty cooperate, provide med release, and provide med records 86/23-89/16

11. admits T sent release but doesn't know if he signed it 91/13-93/12

12. not allergy T prevented him from getting any med. care 93/20-100/9

13. not seeing any Drs. now 100/10-103/18

14. he was discharged from Hosp ER same day 113/14-114/16
    · didn't have any neck or spine injury

15. 15-16 — important med records Exh 46-48

16. says post-op pain severe but med record shows mild.

17. 17

18. Claire missed out on job opportunities as result of MVA 151/2-152/2

19. b/c att sent ltr of rep T gave no reason to be mistrustful or suspicious — they hired att b/c didn't know how involved T would be — he needed someone to help him w/ process  165/9 - 166/13

20. recognizes it took a long time to get med records to T  173/10 - 174/22

21. can't say would be wrong for a person to delay an ins. claim by not provdg info and then suing insurer for delay that the person caused  174/23 - 177/16

22. didn't know that T resp. to Newcomb Ltr of rep in 4 min at which T Tadj spoke w/ att paralegal asking if should open UIM claim. T told there was nothing for T do until clients reached MMI + settled liab claim  177/17 - 181/14 — couldn't say whether this approach delayed his claim  181/15 - 183/13

23. • didn't know that on 3/24/15 T asking att for med bills  183/14 - 184/18
    • "  "  "  " 4/22/15 T F/U att asking for med bills  184/19 - 186/22
    he couldn't expl his att conduct Id + why att hadn't gotten med bills

24. didn't know about alot of T calls seeking med info + bills  195/23 - 198/19, 200/5 - 204/1  210/16 - 214/8  214/9 - 219/23

25. he aware that 1 yr after MVA att had not made demand on liab carrier  219/24 - 221/21

26. made decision to wait until serious parts of their injuries had concluded to provide all info together  221/22 - 225/1

27. not aware that as of 1/20/16 T had no med records  226/17 - 229/10

28. the as of 3/2 att says pol. limits from SF were 50K — T gave permission to settle same day  232/11 - 235/6

29. could thk of no reason

29. believes its fair to expect Ins Co pay #1M w/o having received full set of med records  257/25 - 259/13

30. his Elk hunting trip lasted 5 days — left earlier — was supposed be a 6 day trip  259/14 - 261/10
    • Rt Achilles hurt from hunting — his fx was the left foot — doesn't claim Rt foot caused by MVA  also Rt knee hurt

Exhibit 19

# THE CAVANAGH LAW FIRM
## A Professional Association

### ••• MEMORANDUM •••

| | |
|---|---|
| **TO:** | Steve Plitt |
| **FROM:** | KTM |
| **RE:** | **Lobato v. Travelers** |
| **FILE NO.** | 50591-213 |
| **DATE:** | 1/2/19 |

Economist High/Lows:

**Plaintiff Anthony Lobato**
Jeffrey B. Opp
8/9/17          Low: $234,140          High: $806,657

**Defendant Travelers:**
Gregory B. Taylor, CPA
11/20/17          Low: 36,471   High: $113,068

Alan Simpson
11/9/18          Low: $25,911  High: $55,908

**Plaintiff Clare Lobato**
Jeffrey B. Opp
Summary of Losses: 7/21/17

| | |
|---|---|
| Loss of Earnings: | $35,284 |
| Projected Future Loss: | $252,927 |
| Projected Future After Nursing: | Not Quantified |
| Project Loss/Gain SSN | $265.00 |
| **Total Quantified Losses:** | **$288,476** |

*Low: $312,363*          *High: $792,490 (Identified by G. Taylor)*

**Defendant Travelers:**
Gregory B. Taylor, CPA
11/20/17          Low: $21,202          High: $51,100

Alan Simpson
11/9/18          Low: $31,63900          High: $58,823

Exhibit 19

## Greg taylor Rpt

1. Claire expecting baby 8/2017
2. had BS in biology
3. taking pre-req courses for nursing — had 3 classes of pre-req remaing
4. quit job at CSL Plasma end of Dec 2016 to go to college full time
   < doesn't plan on returning to workplace until finish nursing school
   < took 5 classes Spring 2017 (human anatomy, microbiology; human nutrition, intro statistics
5. wants be nurse practicioner (annual wg 100K — media us68K)
6. ~~says left CSL b/c of loss of promotional activities~~ — ~~can't work during nursing school b/c of demands~~

Disagrees w/ Jeff Opp b/c Opp based opinions on unsupportable/contradictory....

See 177



Exhibit 19

# Colo Law

① Unreasonable delay statute

   CRS 10-3-1115 (1)(a) — shall not unreasonably delay or deny payment — must be without a reasonable basis for action (CRS 10-3-1115(2))

                         based on industry standard
                                ↑

② Statutory BF uses a reasonableness standard

   CRS 10-3-1115(2) "an insurers delay or denial was unreasonable if insurer delayed/denied auth payment w/o a reas basis for that action. → jury question

③ Common Law BF   2 prong : ⓐ unreas. conduct;
                            ⓑ insurer acted unreas.
                               Knowingly or recklessly

       * must prove absence of a reasonable basis for delay/denial _and_ Knowledge or reckless disregard for absence

④ where insurer has rt to deny benefits, claim for BF may be moot or w/o merit as matter of law

⑤ when insurer participates in legal proceeding to determine scope of coverage — insurer not liable for bad faith unless participation is premised upon "no rational argument based on law or evid." — question of law [ie allow counterclaim]

⑥ fair debatability is a defense

                    Exhibit 19

Exhibit 19

Life Care Plans — Noble Life Consulty - Kelly Dawson RN
(Tony)

Woodard Life Plan
1. CT/MRI (every 5-6 yrs) excessive
2. Navicular Jt steroid Inj > hasn't seen Dr. K

Surgery 3. talonavicular Fusion
- Dr. Koldenhoven gives it a 50/50 chance
- therefore not approp to include
- Dr. Nagamoni + Dr. Failiger — hard predict

post-S equipt 4. Crutches, Knee walker — not necessary

Meds 5. note not taking any so shouldn't be in plan
- post-op drugs only if chooses S
- custom orthotics every 2-3 yrs. only if effective

Therapies 6. Post-Op PT — if fusion probable
7. massage therapy — unreasonable
8. acupuncture — unreasonable

Bath aids 9. unreas
(aids for indep functiong)

Case Mgmt 10. unreasonable

Replacemt Services
- Heavy housecleang — duplicate w/Ms L
- Handyman — unreas.
- Lawn/yard reas but freq. excessive
(already using landscaper before, Tony test he does lawn)
- Snow — unreasonable

Exhibit 19

Talbot

Exhibit 19

Noble Life — Kelly Dawson    Claire
good Summary of what she told
Woodard + her test.

① Med Care — pre-op/post op → given Failinger no way
                predict these costs
          — orth for knee as needed — only reas if
                knee caused by MVA

② DX tests — CT/MRI excessive freq
          — X-Rays — reas if fusion

③ Inj/S — injections reas if asymptomatic
       — recommend made on 5/25/17 but Dr. K
                hasn't seen her since 5/2/16
       — left ft fusion — only if necessary

④ possible Hardware — if fusion, reas
   removal

⑤ assistance meal prep — unreasonable — doing them now
   laundry errands pet care

⑥ Case mgmt — unreas
⑦ therapies — PT only if fusion
           — massage therapy — unreas
           — acupuncture — unreas
⑧ Vacation    Nurse/Master
⑨ Equipmt — Bath aids — no indication she needs them
        — post-op eq — if surgery
⑩ Home Care Costs ⟨ heavy cleaning — only if hired b/c
                no physically able

tables

Exhibit 19

<u>Claire</u>

< opportunistic moral hazard >

Life Care Plan — 7/6/17 — Claire — Preliminary
- gets house cleaned 2x per month
  ($2K – 3.4K per yr.)
- shower chair every 5 – 7 yrs
- grab bar installation

<u>still walk</u>
<u>class</u>  { • give her a BS in Nursing    $ 38K – 56K
         { • give her a MS in Nursing      28K – 38K
then a nurse on feet all x—

[ • Did she ask for a handicap rm when traveling ?
[ • have grab bars in own house ?

or { • CT for life every 5 yrs.
    { • MRI  "   "   "   5 yrs

Economic analysis  Jeff Opp
- getting earnings while going college
- health benefits
- loss of Soc Sec benefits

7/26/17  Re Entry Rehab

Exhibit 19

~~Tony~~ Tony Lobato

7/26/17 ReEntry Rehab Services

[can jogg. but walking at projects is problem?]

- 1 massage 1x per week   (3,360 - 5,760 per yr)
- Shower chair for life
- grab bar

will also gets
- heavy house cleaning for life   (2040 - 3480) ~~1,800~~
- handyman services   30-35 hrs per wk
  (1800 - 2800)
- Lawn care for life
- Snow ~~removal~~ removal for life

Exhibit 19

- 38 out of 40 = to or LESS
- depends physical imp

## Jury Research   1/4/16 – 7/25/16
(excludes def. verdicts) ↓ ⫿⫿⫿ ⫿⫿⫿ ⫿⫿⫿ ⫿⫿⫿ ⫿⫿⫿

① McClatchey v Aumann
   71K econ,    12.5K non-econ

② Traficanti v Berkshire
   250K econ    175K non-econ

③ Padilla v Myers
   67K past med (no wages claim)   94K total verdict

④ Stuem v Crabtree
   9,729 chiro          award : 5K
   9,000 (lost earning)

⑤ Carpenter v Am Fam   (Tort 25 K + 5K MPC add to econ.)
   168K econ (+ 166K physical impairment)
   167K non-econ loss)

⑥ Roth v Messing
   6.4K past med        Ø non-econ
   7.4K future med

⑦ Delauto v Melnick
   479,627 econ losses       250K non-econ.
   50K   phys impair

⑧ Malpica-Cue v Faagmeier
   18K past meds        2.5K non-econ
   20K perm. impair

⑨ Mino v SF (75K paid by tort.)
42.7K econ ← 32.6K non-econ

⑩ Foster v Long
185K econ          75K non-econ

⑪ Adams v Scherer
100K econ.          75K non-econ
17.8 impair

⑫ Champlin v Cerna
76K econ          78K non-econ
25K imp.

⑬ McDonald v Horyon Coach (pedestrian — de-gloving)
(7 leg surgeries)
394K stip econ.                    936K non-econ
3.7M phy. imp / disfigurment

⑭ Moaz + Alvarado v Smith
Moaz
20K econ          7K non-econ.
2K lost earn.
Alvarado
13.5K econ          20K non-econ
15K imp.

⑮ Shattuck v Patel    cervical fx  50K future meds
188K econ          200K non-econ
165K imp

Exhibit 19

Jury Research 2

(16) Mortensen v Am Fam (tortfeasor 100K)(reduced verdict)
100K econ          120 non-econ

(17) Barraza v Black
17K econ          2.5K non

(18) Mier v Sandoval
7K econ          8K non
(23K total meds — 15K paid Tortfeasor)

(19) ~~Alatorre~~ Ali v Lozano + Garcia-Rascon
13.3K econ          12.5 non

(20) Fritz v BVF
217K econ          47K non
10K imp/dish.

(21) Rahe v Am Fam (set off 100K tortfeasor)(15K PIP)
151K econ (wages) ← 274 non
100K imp

(22) Chorak v Union Pacific
13.8K econ          30.7 non
5.3K imp

(23) Fredrich v. Boulee
23.6K econ          14K non

(24) Chambers v Carolina Foods    ?? tooth fix — bit
11.3K econ          51K non         into bun - crystalized
15K imp                             sugar

25) Porter v Am Fam (100K T + 5K MPC offset)
    250K econ    50K non

26) Ramos v Vigil
    13K econ    Ø none

27) Wiegand v Mayer (mild TBI) fx femur - 9 day hosp)
    68.7K econ    200K non
    50K imp

28) Wechterdorf v Murdoch
    6.5K econ    Ø non

29) Ramirez v Henry
    138K econ    62K non

30) Czajkowski v Huntly
    John
        839.9K past econ    250K non
        1.5M future econ
        Dorothy (broken rules at age 70)
        28.5K past econ    250K non

31) Nesby v Kordic
    30K econ    30K non

32) Mills v Kendvall/Northern Colo Geo tech
    52K econ    150K non
    125K imp.

Exhibit 19

Jury research 3

33 Turner v Grounds
25.2 K econ        6.2 K non

34 Santollo v Berger
~~5 k~~ 5.1 K econ        3.3k non
8.5 imp

35 Baysinger v Niagara Ply
33.5K econ        30 K non
10 K imp

36 Bernstein v Keystone
34.9 K econ        Ø non

37 Yokomichi v Amer Furniture (nrp fx – total rep-age 69)
200K econ        750 K non
250K imp

38 Vanzee v. Hernandez
13.3 K econ        1 K non

39 Milam v Fry
511.7 K econ        56.7 K non
51.8 K imp

40 Bonnet v Allstate (mild TBI w/cognitive deficit + cervine inj.)
30 K econ        235K non
290 K imp

(41) Rogers v Herty
2.5M econ    750K non

(42) McGrane v Ward Carny
10K econ    10.9K non

(43) Weigl v Bastien (low back strain)
37.5K econ    79K non

~~(44) Brooks v Clark def v~~
(44) Daggs v Munoz
13.3K econ    10K none
5K ump.

(45) Yancy v Chatfield
10K econ    10K non

(46) Metzker v Ewing
9.8K econ    6.7 non

(47) Garcia v Stoner
7.2 K econ    #500 non

(48) Jackson v Scott + Rice
241 K meds    50K non
100K ump